WILLIAM J. JOHNSON, *Commissioner, etc., Respondent, v.* JOHN LOVELESS, *Appellant.* — Judgment affirmed, with costs. Opinion by SMITH, P. J.

FRANK GUILLAUME, *Respondent, v.* THE GENERAL TRANS-ATLANTIC COMPANY, *Appellant.* — Judgment affirmed.

JOSHUA WADLEY and another, *Respondents, v.* GEORGE L. MUNROE and another, *Appellants.* — Judgment affirmed on the opinion of Mr. Justice MERWIN at the trial.

WILLIAM E. LATIMER, *Appellant, v.* WARNER B. LORD, *Respondent.* — Judgment reversed and new trial ordered before another referee, costs to abide event. Opinion by HAIGHT, J.

FREDERICK M. EVARTS, *Respondent, v.* ANN E. BARTON, *Appellant.* — Judgment and order reversed, and new trial ordered, costs to abide event, unless the plaintiff stipulates to reduce the verdict and judgment by deducting therefrom the sum of $177.15, in which case the judgment as so modified and the order are affirmed, without costs of this appeal to either party. Opinion by HARDIN, J.

AMASA P. HART, *Respondent, v.* MATTHIAS BRITTON, *Appellant.* — Judgment affirmed. Opinion by HAIGHT, J.

LUTHER A. WING, *Plaintiff, v.* ERASTUS RAPLEE, *Defendant.* — New trial denied, and the judgment which was entered on the verdict to stand as security, made absolute and affirmed. Opinion by HARDIN, J.

NATHAN PAKALINSKY, *Respondent, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellant.* — Order denying new trial affirmed. Opinion by SMITH, P. J.

GARDNER FOSTER, *Respondent, v.* RUFUS B. BULLOCK, *Appellant.* — Judgment and order affirmed. Opinion by HARDIN, J.

CHARLES WINSLOW, *Respondent, v.* FRANK MOORE and others, *Appellants.* — Judgment affirmed, with costs. Opinion by SMITH, P. J.

MARTIN McCARTY, *Respondent, v.* FRANCIS BOGARDUS, *Appellant.* — Judgment affirmed. Opinion by HARDIN, J.

CHARLES E. CROUSE and others, *Appellants, v.* HENRY HESSLER and others, *Respondents.* — Judgment reversed and new trial ordered, costs to abide event. Opinion by HAIGHT, J.

ABRAHAM STERN and another, *Appellants, v.* THE FLORENCE SEWING MACHINE COMPANY, *Respondent.* — Judgment affirmed. Opinion by SMITH, P. J.

JOHN BURDICK, *Respondent, v.* IRA PHILLIPS, *Appellant.* — Judgment reversed, with costs, and judgment ordered for defendant in the Oneida County Court. Opinion by HARDIN, J.

GEORGE W. MOAK, *as Receiver, etc., Respondent, v.* NATHAN S. HAYES, *Appellant.* — Judgment affirmed on opinion of MERWIN, J., at Special Term.